UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA F. SMITH

    Plaintiff(s),

v

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant(s).
_____/

CIVIL ACTION NO. 06-12136

DISTRICT JUDGE AVERN COHN
MAGISTRATE JUDGE DONALD A. SCHEER

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed the file and the Magistrate Judge's Report and Recommendation dated October 23, 2006. No objections have been filed. The Report and Recommendation of the Magistrate Judge is hereby accepted and entered as the findings and conclusions of the Court.

SO ORDERED.


Dated: December 01, 2006

s/ Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE